MEMORANDUM ENDORSEMENT

United States v. Dwayne Hudson
22 CR 485-8 (VB)

    The attached letter application to modify the conditions of pretrial release is GRANTED IN PART and DENIED IN PART.

    Defendant Hudson may leave his apartment at 11:00 a.m. on Thanksgiving Day, November 23, 2023, to spend Thanksgiving with his mother, Ms. Jennifer Henry. However, he is not granted leave to remain overnight at Ms. Henry's home. Accordingly, defendant must return to his apartment by 9:00 p.m. on November 23, 2023.

    The Court is sympathetic to defendant's desire to spend time with his family on this important holiday. However, despite numerous reminders and warnings from his Pretrial Services officer, Mr. Hudson has a fairly extensive history of noncompliance with the terms and conditions of his release. According to multiple reports the Court has received from his Pretrial Services officer, Mr. Hudson has tested positive for marijuana use on at least four occasions. Perhaps more importantly, he has made numerous (approximately 13) late arrivals to his home and/or unapproved and unverified stops while on location monitoring, even after being reminded not to do so. Indeed, the Court intends to address these issues of noncompliance at the upcoming status conference on November 28, 2023, at 2:30 p.m.

    Under the circumstances, the Court sees no reason to vary from Pretrial Services' standard policy of opposing overnight stays for defendants on location monitoring.

    The Clerk is instructed to terminate the motion. (Doc. #112).

Dated: November 20, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com
Telephone 212-349-0230

**By Email and ECF**

November 19, 2023

The Honorable Vincent Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Dwayne Hudson
22 Cr. 485 (VB)

Dear Judge Briccetti:

    This letter is respectfully submitted to request permission for Mr. Hudson to spend Thanksgiving with his mother, Ms. Jennifer Henry. This would necessitate a bail modification Order as he is currently on location monitoring.

    Mr. Hudson is asking to be able to leave his apartment at 11:00AM on Thanksgiving, Thursday, November 23rd, and travel the short distance to Ms. Henry's apartment in Mt. Vernon at an address that has been provided to Pre-trial Services and the Government. Mr. Hudson would like permission to return to his apartment, 24 hours later, on Friday, November 24th by 11:00AM. Mr. Hudson would then leave his apartment at 3:00PM to go to his job at Target as per his usual schedule.

    United States Pretrial Services Officer Laura Gialanella has advised me that "Our office opposes overnight requests for all defendants on LM [location monitoring] and given his pattern of noncompliance, I would not feel comfortable consenting."

    Assistant United States Attorney Qais Ghafary has informed me that the "Government defers to Pretrial."

    It is true that Mr. Hudson's compliance has been less than perfect but he has found a place to live, a steady job at Target and has no law enforcement contacts. He is trying.

The Honorable Vincent Briccetti
United States District Judge
November 19, 2023
Page 2

      I respectfully request that Your Honor permit Mr. Hudson to spend Thanksgiving with his mother who lives less than 2 miles from Mr. Hudson's apartment.

                                         Respectfully submitted,

                                         /s/Andrew Patel
                                         Andrew G. Patel

cc:    Qais Ghafary
       Assistant United States Attorney (by email and ECF)

       Laura Gialanella
       United States Pretrial Services Officer (by email)