

**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com
Telephone 212-349-0230

**By Email and ECF**

January 2, 2024

APPLICATION GRANTED
SO ORDERED:
Vincent L. Briccetti, U.S.D.J.
Dated: 1 2 24
White Plains, NY

The Honorable Vincent Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

        Re:    U.S. v. Morales, including Dwayne Hudson
               22 Cr. 485 (VB)

Dear Judge Briccetti:

    I was appointed to represent Mr. Hudson pursuant to the Criminal Justice Act on November 13, 2022, as were counsel for the co-defendants in this matter. This letter is respectfully submitted to request that all CJA counsel be permitted to submit interim vouchers in accordance with the CJA Plan for the Southern District of New York.

                                Respectfully submitted,

                                  /s/Andrew Patel
                                Andrew G. Patel

cc:    All Counsel of Record