**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Apatel@apatellaw.com                                                                                         Telephone 212-349-0230

**By ECF**

> **APPLICATION GRANTED**
> Defendant Hudson's conditions of release are modified to substitute a curfew for home detention. The Pretrial Services officer is authorized to set the hours of the curfew. Electronic monitoring shall continue, utilizing equipment the Pretrial Services officer deems appropriate. All other conditions of release shall remain unchanged.
>
> SO ORDERED:
>
> _/s/ Vincent L. Briccetti_
> Vincent L. Briccetti, U.S.D.J.  5/1/2024

The Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

          Re:   United States v. Dwayne Hudson
               22 Cr. 485 (VB)

Dear Judge Briccetti:

      This letter is respectfully submitted to request a modification of Mr. Hudson's bail conditions. Specifically, we are requesting that the condition of home detention be replaced with a curfew. The condition of electronic monitoring would continue.

      I have discussed this request with Laura Gialanella, Mr. Hudson's Pre-trial Services Officer. She informed me that Pre-Trial consents to this modification of Mr. Hudson's bail conditions. I have been informed by Assistant United States Attorney Kaiya Arroyo that the Government takes no position on this request and that they defer to Pre-Trial Services as to this request.

      Officer Gialanella and I discussed curfew of 7:00 AM to 8:00 PM. I respectfully request that Pre-trial be permitted to set the hours of the curfew so they can adjust it depending on Mr. Hudson's compliance without further application to the Court. Officer Gialanella advised me that she would want Mr. Hudson to remain on electronic monitoring but that the equipment would be changed from GPS to radio frequency. The radio frequency monitor would allow Officer Gialanella to know when he leaves home and when he returns home.

                                                                Respectfully submitted,

                                                              /s/Andrew Patel
                                                             Andrew G. Patel

Cc: All counsel by ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/24