

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 20, 2024

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 5/20/24
White Plains, NY

**BY ECF**
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. Dwayne Hudson*, S3 22 Cr. 485 (VB)

Dear Judge Briccetti,

On May 16, 2024, the defendant pled guilty to the above-referenced one-count information and sentencing was set for August 29, 2024, at 11:00am. Due to scheduling conflicts, the Government respectfully moves, with the consent of the defendant by counsel Andrew Patel, for an adjournment of sentencing from August 29, 2024, to September 17, 2024, at 9:30am, which the parties understand is a date and time convenient for the Court. We thank the Court for its consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/ Qais Ghafary
Qais Ghafary / Kaiya Arroyo
Assistant United States Attorneys
(212) 637-2534

Cc:  Andrew G. Patel (by ECF and email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/24