```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
v.                               :
                                 :
DWAYNE HUDSON,                   :
                   Defendant.    :
--------------------------------------------------------x
```

**ORDER**

S3 22 CR 485-8 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/24

    Defense counsel has requested, for personal health reasons, a brief adjournment of the sentencing in this case, which is currently scheduled for December 4, 2024. The government consents. Accordingly, the request is GRANTED.

    Sentencing is adjourned to December 12, 2024, at 2:30 p.m.

Dated: December 2, 2024
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge